AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Planned Parenthood Southeast, Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-cv-117 |
| Alex M. Azar, II, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Planned Parenthood Southeast, Inc., and Feminist Women's Health Center                .

Date: 01/14/2021

/s/ Aman George
*Attorney's signature*

Aman George (DC Bar No. 1028446)
*Printed name and bar number*

Democracy Forward Foundation
1440 G Street, NW #8162
Washington, DC 20005
*Address*

ageorge@democracyforward.org
*E-mail address*

(202) 701-1783
*Telephone number*

*FAX number*