AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Planned Parenthood Southeast, Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  21-cv-117 |
| Alex M. Azar, II, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Planned Parenthood Southeast, Inc.  .

Date:   01/14/2021

/s/ Carrie Y. Flaxman
*Attorney's signature*

Carrie Y. Flaxman (DC Bar No. 458681)
*Printed name and bar number*

Planned Parenthood Federation Of America
1110 Vermont Avenue NW, Suite 300
Washington, DC 20005
*Address*

carrie.flaxman@ppfa.org
*E-mail address*

(202) 973-4800
*Telephone number*

*FAX number*