# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

PLANNED PARENTHOOD SOUTHEAST, INC., *et al.*,

        Plaintiffs,

- against -

ALEX M. AZAR, II, in his official capacity as Secretary of Health and Human Services, *et al.*,

        Defendants.

1:21-cv-00117 (JEB)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alex Young K. Oh, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, shall appear as counsel of record in this case on behalf of Plaintiffs Planned Parenthood Southeast, Inc., and Feminist Women's Health Center.

Dated:   Washington, DC
          January 26, 2021

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:     /s/ Alex Young K. Oh
        Alex Young K. Oh
        (DC Bar No. 499955)

2001 K Street, NW
Washington, DC 20006-1047
Tel.: (202) 223-7334
Fax: (202) 204-7375
aoh@paulweiss.com

*Attorney for Plaintiffs*
  *Planned Parenthood Southeast, Inc., and*
  *Feminist Women's Health Center*