# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 1:21-cv-00117 (JEB) ) ) ) ) ) ) ) |

## SECOND CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiffs filed their Complaint in the above-captioned matter on January 14, 2021. Defendants' response to the Complaint is currently due on May 25, 2021. To afford new officials in the leadership of the defendant agencies sufficient time to become familiar with the issues in this case, Defendants respectfully request a thirty (30)-day extension of the deadline to respond to the Complaint, until June 24, 2021. Defendants have conferred with Plaintiffs and Intervenor-Defendant. Intervenor-Defendant has consented to the requested relief. Plaintiffs authorized the undersigned to report that "Plaintiffs consent to the requested 30-day extension, but will be reluctant to consent to further extensions unless Defendants can provide additional information about how they intend to approach the waiver at issue or this case."

Dated: May 14, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ERIC B. BECKENHAUER

Assistant Branch Director

/s/ *Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. St., N.W.
Washington, D.C. 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendant*