# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 1:21-cv-00117 (JEB) ) ) ) ) ) ) ) |

## [PROPOSED] ORDER GRANTING SECOND CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Having considered the Second Consent Motion to Extend Time to Respond to the Complaint, it is hereby ordered that the motion is GRANTED. Defendants will file their Answer or otherwise respond to the Complaint by June 24, 2021.

It is so ORDERED this day, _____, 2021.

_____
JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE