UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants, <br><br> and <br><br> STATE OF GEORGIA, <br><br> Intervenor-Defendant. | Civil Action No. 1:21-cv-00117 (JEB) |

**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' CONSENT MOTION TO STAY PENDING FEDERAL DEFENDANTS' FURTHER EVALUATION OF THE GEORGIA ACCESS MODEL**

Having considered the Federal Defendants' Consent Motion to Stay Pending Federal Defendants' Further Evaluation of the Georgia Access Model, it is hereby ordered that the motion is GRANTED. This action is hereby STAYED until September 13, 2021. The parties shall file a status report on September 13, 2021.

It is so ORDERED this day, _____, 2021.

_____
JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE