UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants, <br><br> and <br><br> STATE OF GEORGIA, <br><br> Intervenor-Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21-cv-00117 (JEB) |

### [PROPOSED] ORDER GRANTING CONSENT MOTION TO EXTEND STAY PENDING FEDERAL DEFENDANTS' FURTHER EVALUATION OF THE GEORGIA ACCESS MODEL

Having considered the Status Report and Consent Motion to Extend Stay Pending Federal Defendants' Further Evaluation of the Georgia Access Model, it is hereby ordered that the motion is GRANTED. This action is hereby STAYED until April 11, 2022. The parties shall file a status report on April 11, 2022.

It is so ORDERED this day, _____, 2022.

_____
JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE