UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC., *et al.*,<br><br>          Plaintiffs,<br><br>    v.<br><br>XAVIER BECERRA, *et al.*,<br><br>          Defendants,<br><br>    and<br><br>STATE OF GEORGIA,<br><br>          Intervenor-Defendant. | Civil Action No. 1:21-cv-00117 (JEB) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of May 11, 2022, the parties respectfully submit this status report.

As the Court is aware, on April 29, 2022, Federal Defendants advised Georgia that implementation of the Georgia Access Model will be suspended effective July 28, 2022, unless Georgia submits a suitable corrective action plan or a written challenge to the agencies' determinations by that date. *See* ECF No. 29, ¶ 5. Accordingly, this case has been stayed until September 8, 2022, with the parties to file periodic status reports. *See* Minute Order (May 11, 2022).

There have been no relevant developments since Federal Defendants' May 11, 2022 Status Report (ECF No. 29). The parties will submit another status report in 30 days.

Dated: June 13, 2022                          Respectfully submitted,

                                                        BRIAN M. BOYNTON

Principal Deputy Assistant Attorney General
Civil Division

ERIC B. BECKENHAUER
Assistant Branch Director

/s/ *Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. St., N.W.
Washington, D.C. 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendants*

/s/ *John T. Lewis*
John T. Lewis (DC Bar No. 1033826)
Aman George (DC Bar No. 1028446)
Sean A. Lev (DC Bar No. 449936)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

(202) 448-9090
jlewis@democracyforward.org
ageorge@democracyforward.org
slev@democracyforward.org

*Counsel for Plaintiffs*

/s/ *Jeffrey M. Harris*
Jeffrey M. Harris
Bryan Weir
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
jeff@consovoymccarthy.com

2

*Counsel for Intervenor-Defendant*