UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> Defendants, <br><br> and <br><br> STATE OF GEORGIA, <br><br> Intervenor-Defendant. | Civil Action No. 1:21-cv-00117 (JEB) |

**JOINT STATUS REPORT AND**
**FEDERAL DEFENDANTS' UNOPPOSED MOTION TO EXTEND STAY**

Pursuant to the Court's minute order of January 6, 2023, the Federal Defendants respectfully submit this joint status report on behalf of all parties, together with the Federal Defendants' unopposed motion to extend the stay in this case until 30 days after the resolution of Georgia's application to establish and operate a State-based health care Exchange. Federal Defendants will inform the Court within 2 business days of when such decision is made, with the parties to file a status report 30 days after any such decision reflecting their positions on how this litigation should proceed.

1. Plaintiffs filed their Complaint on January 14, 2021. *See* Compl., ECF No. 1. This case is currently stayed through March 7, 2023. *See* Minute Order of January 6, 2023.

2. Plaintiffs' Complaint challenges the "Georgia Access Model," a portion of the State Innovation Waiver requested by Intervenor-Defendant, the State of Georgia, under section 1332

of the Affordable Care Act and approved on November 1, 2020, by the Secretaries of Health and Human Services and the Treasury. Plaintiffs allege, among other things, that the Georgia Access Model "violates the statutory guardrails" of section 1332, Compl. ¶ 4, and would "eliminat[e] Georgia's reliance on healthcare.gov without creating an Exchange in its place," *id.* ¶ 77.

3. On June 3, 2021, Defendant Chiquita Brooks-LaSure, Administrator of the Centers for Medicare & Medicaid Services, sent a letter to Brian Kemp, Governor of Georgia, on behalf of the U.S. Department of Health and Human Services and the U.S. Department of the Treasury ("the Departments"), requesting additional analysis of the Georgia Access Model by July 3, 2021, in order "to evaluate whether the Georgia Access Model will satisfy the statutory guardrails" in light of relevant changes to federal law and policy. *See* ECF No. 21 Ex. A at 6.

4. The Departments and the State of Georgia subsequently exchanged additional correspondence about the Departments' June 3 request.[1]

5. On August, 9, 2022, Ms. Brooks-LaSure wrote to Grant Thomas, Director of the Office of Health Strategy and Coordination in the Georgia Governor's Office of Planning and Budget, suspending implementation of the Georgia Access Model effective that same day. *See* ECF Nos. 33 & 33-1 Ex. B.

---

[1] *See* ECF Nos. 33-1 (Exs. A & B); ECF No. 28, Ex. A; July 2, 2021 letter from Grant Thomas to Chiquita Brooks-LaSure, *available at* https://www.cms.gov/CCIIO/Programs-and-Initiatives/State-Innovation-Waivers/Downloads/Response-1332-GA-request-Updated-GA-Analysis-Letter.pdf; July 30, 2021 letter from Chiquita Brooks-LaSure to Grant Thomas, *available at* https://www.cms.gov/files/document/response-1332-ga-depts-follow-letter.pdf; August 26, 2021 letter from Grant Thomas to Chiquita Brooks-LaSure, *available at* https://www.cms.gov/files/document/1332-georgia-letter-cms-82621.pdf; November 9, 2021 letter from Chiquita Brooks-LaSure to Grant Thomas, *available at* https://www.cms.gov/files/document/depts-letter-comment20period.pdf; *see also* Request for Comment on the Georgia Access Model, *available at* https://www.cms.gov/files/document/1332-ga-access-public-comment-request.pdf.

6. On February 13, 2023, Governor Brian Kemp of Georgia sent a letter to Dr. Ellen Montz, Deputy Administrator and Director of the Center for Consumer Information and Insurance Oversight at the Centers for Medicare & Medicaid Services, on behalf of the State of Georgia, declaring Georgia's intent to establish a State-based Exchange that would go live on November 1, 2023, contingent on the passage of legislation pending in the Georgia legislature.[2]

7. The Federal Defendants respectfully seek an extension of the stay and believe that good cause exists to do so. Extension of the stay would allow the Federal Defendants to evaluate Georgia's application to establish and operate a State-based Exchange, 42 U.S.C. § 18041; 45 C.F.R. §§ 155.105, 155.106, at which point the parties would have the opportunity to advise the Court what impact, if any, a decision on that application would have on this case.

8. Accordingly, Federal Defendants respectfully request that the Court extend the stay in this case for 30 days after their resolution of Georgia's application to establish and operate a State-based Exchange.

9. Counsel for Federal Defendants have conferred with counsel for the other parties. Plaintiffs consent to the requested relief. Georgia takes no position on the requested relief.

Dated: March 6, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ERIC B. BECKENHAUER
Assistant Branch Director

/s/ *Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)

---

[2] *See* https://oci.georgia.gov/news/2023-02-14/exchange-declaration-intent-letter.

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. St., N.W.
Washington, D.C. 20005
Telephone: (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendant*