IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>XAVIER BECERRA, et al.,<br><br>*Defendants*,<br><br>and<br><br>STATE OF GEORGIA,<br><br>*Intervenor-Defendant*. | Case No. 1:21-cv-117-JEB |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs Planned Parenthood Southeast, Inc. and Feminist Women's Health Center, Defendants Xavier Becerra, United States Department of Health and Human Services (HHS), Chiquita Brooks-LaSure, Centers for Medicare and Medicaid Services (CMS), Janet Yellen, Lily Batchelder, United States Department of the Treasury, and Intervenor-Defendant State of Georgia (Georgia), by and through undersigned counsel, hereby stipulate that this action is voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This matter challenges a November 1, 2020 decision by Defendants to approve a waiver of certain provisions of the Affordable Care Act to enable the State of Georgia to launch a healthcare marketplace called the "Georgia Access Model." The State of Georgia was granted leave to intervene in this case. After continued correspondence between Defendants and Georgia,

on August 9, 2022, CMS informed Georgia of its decision to suspend implementation of the Georgia Access Model.

On February 13, 2023, Georgia informed CMS of its intent to establish a State-based Exchange (SBE) rather than the Georgia Access Model. On July 31, 2023, HHS conditionally approved Georgia's operation of an SBE on the Federal platform (SBE-FP). Georgia's new SBE-FP launched on November 1, 2023.

Having reviewed Defendants' decision to suspend approval of the Georgia Access Model and Intervenor-Defendant's establishment of an SBE-FP, Plaintiffs wish to voluntarily dismiss this action, and the parties hereby stipulate to its dismissal with prejudice, with all parties to bear their own costs and fees.

Dated: November 16, 2023

Respectfully submitted,

*/s/ Aman T. George*
Aman T. George (D.C. Bar No. 1028446)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 701-1771
ageorge@democracyforward.org

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Christopher M. Lynch*
CHRISTOPHER M. LYNCH
(D.C. Bar No. 1049152)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St., N.W.
Washington, D.C. 20005

Telephone (202) 353-4537
Facsimile: (202) 616-8470
Email: Christopher.M.Lynch@usdoj.gov

*Counsel for Defendants*

*/s/ Jeffrey M. Harris*
Jeffrey M. Harris
Bryan Weir
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
jeff@consovoymccarthy.com

*Counsel for Intervenor-Defendant*